[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  18-11317
Non-Argument Calendar

_____

D.C. Docket No. 0:16-cv-62734-DPG

MARK EDELSBERG,

Plaintiff - Appellant,

versus

VROOM, INC.,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(December 19, 2019)

Before WILSON, ROSENBAUM, and MARCUS, Circuit Judges.

PER CURIAM:

Before the Court is the parties' Joint Motion for Voluntary Dismissal, pursuant to Fed. R. App. P. 42(b) and 11th Cir. R. 42-1(a), requesting an order "dismissing the appeal and all claims of Appellant Mark Edelsberg in his individual capacity against Appellee Vroom, Inc. with prejudice" and "directing that each party shall bear their own attorney's fees, costs and expenses."

The Joint Motion for Voluntary Dismissal is **GRANTED** to the extent that the appeal is **DISMISSED** and each party shall bear their own attorney's fees, costs, and expenses. *See Salcedo v. Hanna*, 936 F.3d 1162, 1173 n.12 (11th Cir. 2019) (noting that when a plaintiff lacks Article III standing, dismissal "is entered without prejudice").